IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00130–EWN–BNB

GEORGIA A. GUECK,

    Plaintiff,

v.

DIANNE E. RASTALLIS and
DIANNE RASTALLIS as the Executrix or Next Friend of the Estate of
WILLENA DAWN HAMBY, Deceased,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

Plaintiff's "First Application for Post Judgment Writ of Garnishment" (Document 26) filed July 26, 2005 is DENIED as unnecessary. Counsel is directed to follow the Post-Judgment Process located in the court's Electronic Case Filing Procedures for the District of Colorado (Civil Cases) and D.C.COLO.LCivR 72.1.

Dated: July 27, 2005